IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-894 (SLR) |
| v. | ) ) | |
| AT&T INC., ET AL., | ) ) | |
| Defendants. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 14-895 (SLR) |
| v. | ) ) | |
| AT&T MOBILITY LLC, | ) ) | |
| Defendant. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 14-896 (SLR) |
| v. | ) ) | |
| ATLANTIC BROADBAND GROUP LLC, | ) ) | |
| Defendant. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 14-897 (SLR) |
| v. | ) ) | |
| CABLE ONE INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-899 (SLR) |
| v. | ) ) | |
| CENTURYLINK COMMUNICATIONS, LLC, | ) ) ) | |
| Defendant. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-901 (SLR) |
| v. | ) ) | |
| SPRINT CORPORATION, | ) ) | |
| Defendant. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-902 (SLR) |
| v. | ) ) | |
| T-MOBILE US INC., | ) ) | |
| Defendant. | ) | |
| NETWORK CONGESTION SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 14-903 (SLR) |
| v. | ) ) | |
| UNITED STATES CELLULAR CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINTS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Atlantic Broadband Group, LLC, AT&T Corp., AT&T Inc., AT&T Mobility LLC, Cable One Inc., CenturyLink Communications, LLC, Sprint Corporation, T-Mobile US Inc., and United States Cellular Corporation (collectively, "Defendants") move to dismiss the respective complaints filed by Plaintiff Network Congestion Solutions, LLC for failure to state a claim upon which relief may be granted. The grounds for this motion are fully set forth in Defendants' Opening Brief, submitted herewith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ *Jack B. Blumenfeld* | /s/ *Lauren E. Maguire* |
| Jack B. Blumenfeld (#1014) | Steven J. Balick (#2114) |
| 1201 N. Market Street | Lauren E. Maguire (#4261) |
| P.O. Box 1347 | Andrew C. Mayo (#5207) |
| Wilmington, DE 19899-1347 | 500 Delaware Avenue, 8th Floor |
| (302) 658-9200 | P.O. Box 1150 |
| jblumenfeld@mnat.com | Wilmington, DE 19899 |
| | (302) 654-1888 |
| *Attorneys for Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC and T-Mobile US Inc.* | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| Of Counsel: | Of Counsel: |
| Christopher W. Kennerly | Mitchell D. Lukin |
| Lindsay M. White | Robinson Vu |
| PAUL HASTINGS LLP | BAKER BOTTS LLP |
| 1117 S. California Avenue | One Shell Plaza |
| Palo Alto, CA 94304 | 910 Louisiana Street |
| (650) 320-1800 | Houston, TX 77002-4995 |
| | (713) 229-1234 |
| *Attorneys for Defendants AT&T Inc., AT&T Corp., and AT&T Mobility, LLC* | *Attorneys for Defendants Cable One, Inc. and Atlantic Broadband Group LLC* |

Kevin P. Anderson
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-3586

*Attorneys for Defendant T-Mobile US Inc.*

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (#4599)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

*Of Counsel:*

Brian D. Roche
Jennifer Y. DePriest
Keyonn L. Pope
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
broche@reedsmith.com
jdepriest@reedsmith.com
kpope@reedsmith.com

*Attorneys for Defendant CenturyLink Communications, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
jying@mnat.com

*Attorneys for Defendant Sprint Corporation*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
lester@rlf.com

*Of Counsel:*

Richard J. O'Brien
Douglas I. Lewis
Robert D. Leighton
Jessica Johnson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendant United States Cellular Corporation*

September 18, 2014

8536586

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 18, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Timothy Devlin<br>DEVLIN LAW FIRM LLC<br>1220 N. Market Street, Suite 850<br>Wilmington, DE  19801<br>tdevlin@devlinlawfirm.com | *VIA ELECTRONIC MAIL* |
| Timothy E. Grochocinski<br>Joseph P. Oldaker<br>INNOVALAW, P.C.<br>1900 Ravinia Place<br>Orland Park, IL  60462<br>teg@innovalaw.com<br>joldaker@innovalaw.com | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)