# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK CONGESTION SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC. AND AT&T CORP. <br><br> Defendants. | C.A. No. 14-894-SLR |

## STIPULATION TO STAY ALL DEADLINES

It is hereby stipulated between the parties, and subject to the approval of the Court, that all deadlines in connection with the above-captioned lawsuit be stayed until Oct. 30, 2015. The parties have reached an agreement in principal that would resolve all claims asserted against the above-named defendants in this case and are in the process of finalizing a settlement agreement. In light of the agreement and contemplated dismissal, it is requested that the Court stay all deadlines in connection with this case up to and including Oct. 30, 2015. The parties expect that a stipulation of dismissal (subject to the Court's approval) will be filed before that date.

DATED: Oct. 20, 2015

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
| By:*/s/ Timothy Devlin* <br> Timothy Devlin (#4241) <br> 1306 N. Broom Street <br> 1st Floor <br> Wilmington, DE  19806 <br> Phone:  (302) 449-9010 <br> tdevlin@devlinlawfirm.com | By:  */s/ Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899-1347 <br> Phone:  (302) 658-9200 <br> jblumenfeld@mnat.com |
| *Attorney for Plaintiff* <br>   *Network Congestion Solutions LLC* | *Attorney for Defendants AT&T Inc. & AT&T Corp.* |

SO ORDERED this _____ day of _____, 2015.

_____
U.S. District Court Judge