**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK CONGESTION SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>v.<br><br>AT&T INC. and AT&T CORP.,<br><br>       Defendants. | Case No. 1:14-cv-00894-SLR |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Network Congestion Solutions LLC ("NCS") hereby moves, stipulates and agrees, subject to and upon the Court's approval, that: (i) all of NCS's claims in the action against Defendants AT&T Inc. and AT&T Corp. shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses and attorneys' fees.

DATED:  Nov. 2, 2015

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Timothy Devlin*<br>Timothy Devlin (#4241)<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE  19806<br>(302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Network*<br>*  Congestion Solutions, LLC* | By: */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendants AT&T Inc. &*<br>*   AT&T Corp.* |

SO ORDERED, this _____ day of _____, 2015.

_____
United States District Judge